UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                              *
NATIONAL LABOR RELATIONS BOARD                *
                                              *
103 South Gay Street, 8th Floor               *
Baltimore, MD  21202                          *
(410)962-7622                                 *
                                              *
                    Applicant                 *
                                              *
             v.                               *
                                              *
K & S TOWING AND TRANSPORT                    *
                                              *
     and                                      *
KENNETH SCARLETT                              *
                                              *
4105 Audrey Avenue                            *
Baltimore, MD  21225                          *
                                              *
                    Respondents               *
                                              *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

FILED
LODGED ___ ENTERED
___ RECEIVED

JUN 30 2000

BY CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

WMN 00 CV 1641
Civil No.

ORDER TO SHOW CAUSE

The National Labor Relations Board filed an application requesting that an Order issue directing Kenneth Scarlett and/or the Custodian of the Records for K&S Towing and Transport, herein referred to as Respondent K&S, and Kenneth Scarlett, herein referred to as Respondent Scarlett, to comply with the subpoena duces tecums duly and properly served upon them in Board Cases 5-CA-23990 and



5-CA-24015, entitled K&S Towing and Transport, as set forth in the application, and good cause appearing therefore:

IT IS HEREBY ORDERED that Respondents K&S and Scarlett appear and show cause, if any there be, on the ____ day of _____, 2000, at _____, or as soon thereafter as Counsel can be heard, why an order should not issue directing Respondents K&S and Scarlett to comply with the subpoenas previously served upon them in National Labor Relations Board Case 5-CA-23990 and 5-CA-24015, entitled K&S Towing and Transport, pursuant to Section 11 of the National Labor Relations Act, as amended (29 U.S.C., Sec. 151, et seq.), and

Respondents K&S and Scarlett shall file and serve their answer to the application no later than the _14th_ day of ~~June~~ July 2000. Respondents K&S and Scarlett shall file their answer with the clerk of this Court and on the same day file a copy with the National Labor Relations Board, at its office located at 103 South Gay Street, 8th Floor, Baltimore, Maryland 21202. Service of a copy of the Order and the Application, in any manner provided by Rules 4 and 5 of the Federal Rules of Civil Procedure, shall be deemed good and sufficient service.

2

IT IS FURTHER ORDERED that service of a copy of this Order, be forthwith made by a United States Marshal, or by any attorney, field examiner or agent of the Board, upon the Respondents, in any manner provided in the Federal Rules of Civil Procedure for the United States District Courts, or by electronic facsimile transmission, or by certified mail, and that proof of service be filed with the Court.

Dated at Baltimore, Maryland this 30th day of June, 2000.

_____
Judge
United States District Court