UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
* * * * * * * * * * * * * * * * *
NATIONAL LABOR RELATIONS BOARD    *
                                  *
103 South Gay Street, 8th Floor   *
Baltimore, MD  21202              *
(410) 962-7622                    *
                                  *
              Applicant           *
                                  *
        v.                        *   Civil No.
                                  *   WMN00CV1641
K & S TOWING AND TRANSPORT        *
                                  *
    and                           *
                                  *
KENNETH SCARLETT                  *
                                  *
4105 Audrey Avenue                *
Baltimore, MD  21225              *
                                  *
              Respondents         *
                                  *
* * * * * * * * * * * * * * * * **
```

MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On June 30, 2000, the National Labor Relations Board filed an Application requesting that an Order issue directing Kenneth Scarlett and/or the Custodian of the Records for K&S Towing and Transport, herein referred to as Respondent K&S, and Kenneth Scarlett, herein referred to as Respondent Scarlett, to comply with subpoenas duces tecum served upon them in Board Cases 5-CA-23990 and 5-CA-24015. To date, despite diligent efforts to serve the Respondents with said Application and other necessary documents, the Applicant has not been able to perfect such service.

7

GRANTED        6th DAY
OF September  20 00

_____
UNITED STATES DISTRICT JUDGE

Therefore, the Applicant hereby moves for the voluntary dismissal of this Application without prejudice to the filing of a new application if and when the Respondents can be located.

Dated at Baltimore, Maryland this 1st day of September 2000.

ALBERT w. PALEWICZ
Regional Attorney
BY:

_____
Steven L. Sokolow, Attorney
National Labor Relations Board
Region 5
103 South Gay St., 8th Floor
Baltimore, MD  21202
Telephone:  (410) 962-2741

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of September 2000, one copy of the Applicant's Motion for Voluntary Dismissal Without Prejudice was served by regular United States mail on the following:

K & S Towing and Transport
Kenneth Scarlett
4105 Audrey Ave.
Baltimore, MD  21225

```
                                    _____
                                    Steven L. Sokolow, Attorney
                                    National Labor Relations Board
                                    Region 5
                                    103 South Gay St., 8th Floor
                                    Baltimore, MD  21202
```